An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS DEVELOPMENT GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
BRETT W. FADDIS, AN INDIVIDUAL; AND BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Respondents.

No. 66386

**FILED**

OCT 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

In accordance with the parties' stipulation, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). In light of this order, we vacate the temporary injunction imposed by our August 29, 2014, order.[1]

It is so ORDERED.

_____, C.J.

cc: Hon. Jerry A. Wiese, District Judge
Roger P. Croteau & Associates, Ltd.
Greenberg Traurig, LLP/Las Vegas
Eighth District Court Clerk

---

[1]In the stipulation to dismiss this appeal, appellant agreed to withdraw its motion for an injunction. Thus, given the stipulation and the dismissal of this appeal, no further action need be taken on the motion for an injunction.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-33777